*SCRIVINER* vs. *MAXEY'S HEIRS.*

Western Dis.
October, 1827.

APPEAL from the court of the sixth district.

The appeal will be dismissed if the bond be not payable to the appellee.

PORTER, J. delivered the opinion of the court. The appellees have moved to dismiss this appeal, the bond not being given according to law. It appears to be made payable to the governor of the state, instead of the appellees. It is most clearly not such as the law requires.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed with costs.

*Patterson* for the plaintiff, *Scott* for the defendants.